UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

PETER JOHNSON,

    Plaintiff,

    v.

Case No. 18-cv-1998

AXIOM STRATEGIES, LLC, *et. al.*

    Defendants

## VOLUNTARY STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Peter Johnson, hereby stipulates that, pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), this matter may be dismissed upon the merits and with prejudice.

Dated: February 17, 2019

By: **s/ *Scott S. Luzi***
Scott S. Luzi, State Bar No. 1067405
Walcheske & Luzi, LLC
15850 W. Bluemound Road, Suite 304
Brookfield, Wisconsin 53005
Phone: (262) 780-1953
Fax: (262) 565-6469
Email: sluzi@walcheskeluzi.com

*Attorneys for Plaintiff*